IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:21-00182

STUART DOTSON

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for his release from custody to attend the funeral of his nephew.  (ECF No. 97).  Defendant is currently residing at Dismas Charities as a term of his supervised release.  After consultation with the Probation Office, defendant's motion is **GRANTED** and he is allowed to leave Dismas at 10:00 a.m. on August 10, 2024, to attend memorial services for his nephew.  He should return no later than 5:00 p.m., that same day.  His attorney should provide further information to the probation office and to Dismas regarding defendant's transportation arrangements.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 9th day of August, 2024.

ENTER:

David A. Faber
Senior United States District Judge