IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:21-00182-001

STUART DOTSON

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to modify the terms of his supervised release.  See ECF No. 99. Defendant's term of supervised release has terminated. Therefore, his motion is **DENIED** as moot.

The Clerk is directed to send a copy of this Order to counsel of record and defendant.

It is SO ORDERED this 1st day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge