IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:21-00182-001

STUART DOTSON


## MEMORANDUM OPINION AND ORDER

Pending before the court is the government's motion to amend defendant's judgement to identify joint and several liability.  See ECF No. 53.  While defendant's term of supervised release has terminated, his restitution obligation remains ongoing.  See 18 U.S.C. § 3613(b).  Wherefore, for good cause shown, the government's motion is **GRANTED** and defendant's judgement is amended to reflect that his $100,000.00 restitution obligation is joint and several as follows:

☒ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 1. 2:22-cr-00004 Charles Stanley | $133,372.20 | | |
| 2. 2:22-cr-00045 Ricky Sprouse | $40,000.00 | | |
| 3. 2:21-cr-00269 Earnest Wriston | $75,319.81 | | |
| 4. 2:21-cr-00219 Christopher Priestley | $40,484.51 | | |

The Clerk is directed to send a copy of this Order to counsel of record and defendant.

It is SO ORDERED this 1st day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge